UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-948-CR-Moore

U.S.A.
_____,
Plaintiff(s),

v.

Henry Ramon Angelo Peralta
_____
Defendant(s).
_____/

## ORDER UNSEALING DOCUMENTS

Upon a review of the documents under seal in this case, the Clerk's Office is instructed to do the following:

☑ Docket entry(s) 46, 48, 49, 50, 52, 53, 54 & 56. (documents attached hereto) shall be unsealed, docketed, and placed in the court file.

☐ Docket entry(s) _____ (documents attached hereto) shall be unsealed and returned to _____
(Name, address)

_____.

☐ Docket entry(s) _____ (documents attached hereto) shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this 31st day of July, 2003.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed in the following manner: _____
_____ by _____ on _____

c: _____